HAROLD D. PERCIVAL, Appellant, v. JOHN HIRZLER and OLIVE HIRZLER, Respondents.— Judgment affirmed, with costs. All concur, except Dowling, J.,

who dissents and votes for reversal on the law and the facts and for granting a new trial. (The judgment dismisses the complaint in an action to recover damages for personal injuries sustained by plaintiff while a guest in defendants' inn by reason of his being attacked by another patron in the inn.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.